**RICKEY IVIE (S.B.N.: 76864)**
rivie@imwlaw.com
**ANTONIO K. KIZZIE (S.B.N.: 279719)**
akizzie@imwlaw.com
**JACK F. ALTURA (S.B.N.: 297314)**
jaltura@imwlaw.com
**IVIE, McNEILL & WYATT**
444 S. Flower Street, 18th Floor
Los Angeles, CA 90017-2919
Tel.   (213) 489-0028
Fax    (213) 489-0552 FAX

Attorneys for Defendants, COUNTY OF LOS ANGELES AND DEPUTY EDWIN BARRAGAN

JS-6

**Note Changes Made by Court**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JUDGE, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a municipal entity, DEPUTY EDWIN BARRGAN, an individual, inclusive<br><br>         Defendants. | Case No.: 2:18-cv-02181 JFW (RAOx)<br><br>**JUDGMENT** |

On December 26, 2018, Defendants County of Los Angeles (the "County") and Deputy Edwin Barragan ("Barragan") (collectively, "Defendants") filed a Motion for Summary Judgment or, in the Alternative, Summary Adjudication ("Motion"). On January 7, 2019, Plaintiff Michael Judge ("Plaintiff") filed his Opposition. On January 14, 2019, Defendants filed a Reply. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found the matter appropriate for submission on the papers without oral argument.  The matter was, therefore, removed

JUDGMENT

from the Court's January 28, 2019 hearing calendar, and the parties were given advance notice. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

In this case, viewing the evidence in the light most favorable to Plaintiff, the Court concludes that Defendant Barragan is entitled to qualified immunity and GRANTS Defendants' Motion as to Plaintiff's first cause of action for a violation of Plaintiff's Fourth Amendment right to be free from excessive force, alleged solely against Defendant Barragan.

The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. Accordingly, Plaintiff's second cause of action for battery and third cause of action for negligence are DISMISSED without prejudice. Plaintiff also failed to file the required Proposed Statement of Decision by January 16, 2019, and, as of February 4, 2019, has not filed the required Proposed Statement of Decision. Accordingly, pursuant to the Court's Case Management Order and Local Rule 7-12, Defendants' Motion is also GRANTED for failure to file the Proposed Statement of Decision.

It appearing by reason of said Motion that: Defendant **DEPUTY EDWIN BARRAGAN** is entitled to judgment against the plaintiff **MICHAEL JUDGE**.

Now, therefore, it is ORDERED, ADJUDGED, AND DECREED that said Plaintiff MICHAEL JUDGE shall recover nothing by reason of the complaint, and that the Defendant DEPUTY EDWIN BARRAGAN shall recover costs from said plaintiff MICHAEL JUDGE pursuant to Federal Rule of Civil Procedure 54(d)(1). The cost bill will be submitted directly to this Court for its review and determination.

Dated: February 21, 2019

The Honorable John F. Walter
United States District Judge